# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| GRANITE STATE INSURANCE COMPANY and NEW HAMPSHIRE INSURANCE COMPANY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CAUSE NO. 3:11-CV-432 ) |
| PULLIAM ENTERPRISES, INC., And ROBERT LODHOLTZ, | ) ) ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on the "Report and Recommendation" of Magistrate Judge Christopher A. Nuechterlein dated November 17, 2015 (DE #326) which recommends that this Court deny Defendants, Pulliam Enterprises, Inc. and Robert Lodholtz's Motion for Sanctions and Request for Rule to Show Cause (DE #281).

More than 14 days have passed and no party has filed any objection to the Report and Recommendation. Fed. R. Civ. P. 72(b)(2); *see also Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation). Therefore, the parties have waived their right to challenge the report and recommendations.

Therefore, the Court hereby **ADOPTS** the Report and Recommendation (DE #326). Accordingly, Defendants, Pulliam

Enterprises, Inc. and Robert Lodholtz's Motion for Sanctions and Request for Rule to Show Cause (DE #281) is **DENIED**.

**DATED: December 15, 2015**     /s/ RUDY LOZANO, Judge
                                 **United States District Court**